UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | Mag. No. 1-11-MJ-2 |
| | ) | |
| THOMAS STETLER | ) | |

## MEMORANDUM AND ORDER

In accordance with Rules 5 and 5.1 of the Federal Rules of Criminal Procedure and in accordance with the Bail Reform Act, 18 United States Code § 3142(f), the initial appearance was held in this action on January 6, 2011. Those present included:

(1) AUSA Jay Woods for the United States of America.
(2) The defendant, THOMAS STETLER.
(3) Attorney John McDougal for defendant.
(4) Deputy Clerk Kelli Jones.

Upon being sworn, the defendant was informed or reminded of his privilege against self-incrimination accorded him under the 5th Amendment to the United States Constitution.

The defendant waived his right to a preliminary hearing.

AUSA Woods moved the court that defendant be released on conditions set out in bond documents filed on this date.

Based on the waiver and the affidavit attached to the complaint, I find:

(1) There is probable cause to believe that there has been a violation of 18 U.S.C. § 922(a)(5), transferring a firearm to an out-of-state resident, in the Eastern District of Tennessee.

(2) There is probable cause to believe the defendant committed the aforesaid violation as set forth in Finding No. 1.

(3) There are conditions which will reasonably ensure the safety of the community. The defendant was released on a $20,000 unsecured bond.

Conclusions

It is ORDERED:

(1)  The defendant has been released on a $20,000 unsecured bond under conditions set out in the ORDERS SETTING CONDITIONS OF RELEASE filed with this order.

(4) The defendant's next appearance shall be for an arraignment at **2:00 p.m. on Thursday, January 20, 2011.**

ENTER.

*s/William B. Mitchell Carter*
UNITED STATES MAGISTRATE JUDGE